HARLOW C. CURTISS, Respondent, *v.* GEORGE R. TELLER, Appellant.

*Curtiss* v. *Teller*, 157 App. Div. 804, affirmed.
(Argued January 27, 1916; decided February 22, 1916.)

APPEAL from a judgment, entered July 19, 1913, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing judgment in favor of plaintiff for the amount demanded in the complaint in an action to recover the sum realized by defendant on the sale of certain stock belonging to plaintiff and pledged with defendant as collateral security to a promissory note for $15,000, made by plaintiff to his own order, indorsed by him alone, and discounted by defendant for $10,000.

*Adelbert Moot* and *Helen Z. M. Rodgers* for appellant.

*James McCormick Mitchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.